■ James J. Volpe, Appellant, v National Bank of Geneva, Respondent. [671 NYS2d 404] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present— Lawton, J. P., Hayes, Wisner, Boehm and Fallon, JJ. [*See,* 171 Misc 2d 948.]